UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>LINT CHIROPRACTIC PC; MI MEDICAL MANAGEMENT, LLC; DURAMED MI, LLC; SUPPLIES PLUS MI, LLC; DIAGNOSTIC CHIROPRACTIC MI, P.C.; EXCEL MEDICAL GROUP, PLC; AS MEDICAL GROUP, PLC; and ROBERT SUPER, D.C.,<br><br>Defendants. | C.A. No. _____ |

### INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | Description |
|---|---|
| 1 | Lint Chiropractic PC Chart of Patients and Treatment Billed to Allstate |
| 2 | MI Medical Management, LLC Chart of Patients and Treatment Billed to Allstate |
| 3 | Duramed MI, LLC Chart of Patients and Treatment Billed to Allstate |
| 4 | Supplies Plus MI, LLC Chart of Patients and Treatment Billed to Allstate |
| 5 | Diagnostic Chiropractic MI, P.C. Chart of Patients and Treatment Billed to Allstate |

| Exhibit | Description |
|---|---|
| 6 | Excel Medical Group, PLC Chart of Patients and Treatment Billed to Allstate |
| 7 | AS Medical Group, PLC Chart of Patients and Treatment Billed to Allstate |
| 8 | Mail and Wire Fraud Chart |

Respectfully submitted,

KTM

/s/ Andrew H. DeNinno
_____
Nathan A. Tilden (P76969)
ntilden@ktmpc.com
Andrew H. DeNinno
adeninno@ktmpc.com
Brad A. Compston
bcompston@ktmpc.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214

Dated:  April 19, 2023          *Attorneys for Allstate*

2