# EXHIBIT 2

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

Exhibit 2 - MI Medical Management, LLC Chart of Patients and Treatment Billed to Allstate

| Defendant | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| MI Medical Management, LLC | 0619748709 | N.J. | 3/3/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/3/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/15/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/15/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/17/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/17/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/31/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 3/31/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/5/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/5/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/7/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/7/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/14/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/14/2022 | 99199 | $1,350.00 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/19/2022 | 95999 | $4,787.50 |
| MI Medical Management, LLC | 0619748709 | N.J. | 4/19/2022 | 99199 | $1,350.00 |