# EXHIBIT 3

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

Exhibit 3 - Duramed MI, LLC Chart of Patients and Treatment Billed to Allstate

| Defendant | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| Duramed MI, LLC | 0633799217 | J.F. | 9/6/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0633799217 | J.F. | 9/6/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0633799217 | J.F. | 9/12/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0633799217 | J.F. | 9/12/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/7/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/7/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/8/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/8/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/9/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/9/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/10/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/10/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/11/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/11/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/12/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/12/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/13/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/13/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/14/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/14/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/15/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/15/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/16/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/16/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/17/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/17/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/18/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/18/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/19/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/19/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/20/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/20/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/21/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/21/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/22/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/22/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/23/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/23/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/24/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/24/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/25/2022 | A4559 | $102.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/25/2022 | E1399 | $408.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/26/2022 | A4559 | $102.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/26/2022 | E1399 | $408.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/27/2022 | A4559 | $102.00 |

Case 4:23-cv-10904-FKB-DRG   ECF No. 1-4, PageID.149   Filed 04/19/23   Page 3 of 5
Allstate Insurance Company, et al. v. Lint Chiropractic P.C., et al.
Exhibit 3 - Duramed MI, LLC Chart of Patients and Treatment at Issue

| Duramed MI, LLC | 0636082166 | T.G. | 3/27/2022 | E1399 | $408.00 |
|---|---|---|---|---|---|
| Duramed MI, LLC | 0636082166 | T.G. | 3/31/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 3/31/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/1/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/1/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/2/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/2/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/3/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/3/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/4/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/4/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/5/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0636082166 | T.G. | 4/5/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/16/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/16/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/17/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/17/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/18/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/18/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/19/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/19/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/20/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/20/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/21/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/21/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/22/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/22/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/23/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/23/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/24/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/24/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/25/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/25/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/26/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/26/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/27/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/27/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/28/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/28/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/29/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/29/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/30/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/30/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/31/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 3/31/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/1/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/1/2022 | E1399 | $204.00 |

Case 4:23-cv-10904-FKB-DRG   ECF No. 1-4, PageID.150   Filed 04/19/23   Page 4 of 5
Allstate Insurance Company, et al. v. Lint Chiropractic P.C., et al.
Exhibit 3 - Duramed MI, LLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| Duramed MI, LLC | 0658195135 | R.H. | 4/2/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/2/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/3/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/3/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/4/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/4/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/5/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/5/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/6/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/6/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/7/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/7/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/8/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/8/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/9/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/9/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/10/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/10/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/11/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/11/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/12/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/12/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/13/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/13/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/14/2022 | A4559 | $51.00 |
| Duramed MI, LLC | 0658195135 | R.H. | 4/14/2022 | E1399 | $204.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/1/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/1/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/7/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/7/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/13/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/13/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/19/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/19/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/25/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 9/25/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/4/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/4/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/10/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/10/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/16/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/16/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/22/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/22/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/28/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 10/28/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/3/2021 | A4559 | $306.00 |

Allstate Insurance Company, et al. v. Lint Chiropractic P.C., et al.
Exhibit 3 - Duramed MI, LLC Chart of Patients and Treatment at Issue

| Duramed MI, LLC | 0569368137 | E.S. | 11/3/2021 | E1399 | $1,224.00 |
|---|---|---|---|---|---|
| Duramed MI, LLC | 0569368137 | E.S. | 11/9/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/9/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/15/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/15/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/21/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/21/2021 | E1399 | $1,224.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/27/2021 | A4559 | $306.00 |
| Duramed MI, LLC | 0569368137 | E.S. | 11/27/2021 | E1399 | $1,224.00 |