# EXHIBIT 4

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**
**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment Billed to Allstate**

| Defendant | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/9/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/10/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/11/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/23/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/25/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/26/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/29/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/30/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 3/31/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/9/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/10/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/11/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/23/2022 | E1399 | $600.00 |

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**

**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/25/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/26/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/29/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 4/30/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 5/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 5/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 5/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 5/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 5/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0657296165 | I.A. | 5/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 10/28/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 10/29/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 10/30/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 10/31/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/1/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/2/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/3/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/4/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/5/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/6/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/7/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/8/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/9/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/10/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/12/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/13/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/14/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/15/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/22/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/24/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0644579252 | E.F. | 11/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/23/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/25/2022 | E1399 | $600.00 |

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**

**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/26/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 2/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/9/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/10/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/11/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0626158497 | G.J. | 3/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/7/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/8/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/9/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/10/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/12/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/13/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/14/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/15/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/22/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/24/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/27/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/28/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/29/2021 | E1399 | $600.00 |

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/30/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 12/31/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 1/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 1/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 1/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 1/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650702392 | H.L. | 1/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/9/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/10/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/11/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/23/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/25/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/26/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/29/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/30/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 5/31/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 6/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0666910690 | S.M. | 6/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/22/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/24/2021 | E1399 | $600.00 |

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/27/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/28/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/29/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 11/30/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/1/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/2/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/3/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/4/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/5/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/6/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/7/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/8/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/9/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/10/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/12/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/13/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/14/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/15/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/22/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/24/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/27/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/28/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/29/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/30/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 12/31/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/9/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/10/2022 | E1399 | $600.00 |

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**
**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/23/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/25/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/26/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/29/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/30/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 1/31/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/10/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/23/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/25/2022 | E1399 | $1,200.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 2/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/2/2022 | E1399 | $600.00 |

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/8/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/9/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/10/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/11/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/12/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/13/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/14/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/15/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/16/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/17/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/18/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/19/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/20/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/21/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/22/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/23/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/24/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/25/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/26/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/27/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/28/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/29/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/30/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 3/31/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 4/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 4/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 4/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0641555024 | P.S. | 4/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/9/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/10/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/12/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/13/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/14/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/15/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/22/2021 | E1399 | $600.00 |

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**

**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| | | | | | |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/24/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/27/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/28/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/29/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/30/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 12/31/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/1/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/2/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/3/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/4/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/5/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/6/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0650293715 | J.W. | 1/7/2022 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 10/28/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 10/29/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 10/30/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 10/31/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/1/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/2/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/3/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/4/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/5/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/6/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/7/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/8/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/9/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/10/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/12/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/13/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/14/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/15/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/22/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/24/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/27/2021 | E1399 | $600.00 |

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**
**Exhibit 4 - Supplies Plus MI, LLC Chart of Patients and Treatment at Issue**

| Supplies Plus MI, LLC | 0636678229 | J.W. | 11/28/2021 | E1399 | $600.00 |
|---|---|---|---|---|---|
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/1/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/2/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/3/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/4/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/5/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/6/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/7/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/8/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/9/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/10/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/11/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/12/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/13/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/14/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/15/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/16/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/17/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/18/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/19/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/20/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/21/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/22/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/23/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/24/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/25/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/26/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/27/2021 | E1399 | $600.00 |
| Supplies Plus MI, LLC | 0581378494 | J.Z. | 12/28/2021 | E1399 | $600.00 |