# EXHIBIT 5

Case 4:23-cv-10904-FKB-DRG   ECF No. 1-6, PageID.163   Filed 04/19/23   Page 2 of 3

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

Exhibit 5 - Diagnostic Chiropractic MI, P.C. Chart of Patients and Treatment Billed to Allstate

| Defendant | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| Diagnostic Chiropractic MI, P.C. | 0657296165 | I.A. | 3/22/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0657296165 | I.A. | 3/22/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0657611448 | J.B. | 6/7/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0657611448 | J.B. | 6/7/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 95851 | $1,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 97799 | $600.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0644579252 | E.F. | 11/4/2021 | 97799 | $600.00 |
| Diagnostic Chiropractic MI, P.C. | 0539794809 | H.H. | 4/27/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0539794809 | H.H. | 4/27/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0658195135 | R.H. | 3/30/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0658195135 | R.H. | 3/30/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0630377240 | D.J. | 11/4/2021 | 95851 | $10,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0630377240 | D.J. | 11/4/2021 | 97799 | $6,600.00 |
| Diagnostic Chiropractic MI, P.C. | 0626158497 | G.J. | 1/24/2022 | 95851 | $8,100.00 |
| Diagnostic Chiropractic MI, P.C. | 0626158497 | G.J. | 1/24/2022 | 95951 | $300.00 |
| Diagnostic Chiropractic MI, P.C. | 0626158497 | G.J. | 1/24/2022 | 97799 | $6,600.00 |
| Diagnostic Chiropractic MI, P.C. | 0626158497 | G.J. | 2/28/2022 | 95851 | $10,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0626158497 | G.J. | 2/28/2022 | 97799 | $6,600.00 |
| Diagnostic Chiropractic MI, P.C. | 0634145262 | A.M. | 4/8/2022 | 95851 | $5,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0634145262 | A.M. | 4/8/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 97799 | $600.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 95851 | $1,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 11/24/2021 | 97799 | $600.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 12/27/2021 | 95851 | $10,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | H.M. | 12/27/2021 | 97799 | $6,600.00 |
| Diagnostic Chiropractic MI, P.C. | 0659877582 | R.M. | 6/6/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0659877582 | R.M. | 6/6/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0641555024 | P.S. | 1/25/2022 | 95851 | $8,400.00 |

**Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.**

**Exhibit 5 - Diagnostic Chiropractic MI, P.C. Chart of Patients and Treatment at Issue**

| Diagnostic Chiropractic MI, P.C. | 0641555024 | P.S. | 1/25/2022 | 97799 | $2,400.00 |
|---|---|---|---|---|---|
| Diagnostic Chiropractic MI, P.C. | 0643648926 | T.W. | 5/16/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0643648926 | T.W. | 5/16/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0636678229 | J.W. | 3/23/2022 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0636678229 | J.W. | 3/23/2022 | 95851 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0636678229 | J.W. | 3/23/2022 | 95851 | $1,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0636678229 | J.W. | 3/23/2022 | 97799 | $600.00 |
| Diagnostic Chiropractic MI, P.C. | 0636678229 | J.W. | 3/23/2022 | 97799 | $1,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0650561541 | M.Z. | 7/6/2022 | 95851 | $4,800.00 |
| Diagnostic Chiropractic MI, P.C. | 0650561541 | M.Z. | 7/6/2022 | 97799 | $2,400.00 |
| Diagnostic Chiropractic MI, P.C. | 0581378494 | J.Z. | 12/8/2021 | 95851 | $10,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0581378494 | J.Z. | 12/8/2021 | 97799 | $6,600.00 |
| Diagnostic Chiropractic MI, P.C. | 0581378494 | J.Z. | 1/10/2022 | 95851 | $10,200.00 |
| Diagnostic Chiropractic MI, P.C. | 0581378494 | J.Z. | 1/10/2022 | 97799 | $6,600.00 |