# EXHIBIT 6

Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.

Exhibit 6 - Excel Medical Group, PLC Chart of Patients and Treatment Billed to Allstate

| Defendant | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| Excel Medical Group, PLC | 0588258061 | H.B. | 3/22/2022 | 99203 | $475.00 |
| Excel Medical Group, PLC | 0588258061 | H.B. | 4/19/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0650186331 | A.C. | 9/22/2022 | 80305 | $95.00 |
| Excel Medical Group, PLC | 0650186331 | A.C. | 9/22/2022 | 99203 | $475.00 |
| Excel Medical Group, PLC | 0541405619 | A.F. | 4/26/2022 | 99203 | $475.00 |
| Excel Medical Group, PLC | 0541405619 | A.F. | 5/25/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0541405619 | A.F. | 6/28/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0541405619 | A.F. | 8/2/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0541405619 | A.F. | 8/31/2022 | 99423 | $250.00 |
| Excel Medical Group, PLC | 0541405619 | A.F. | 12/13/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0666910690 | S.D. | 5/10/2022 | 99203 | $475.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 4/7/2022 | 99203 | $475.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 5/3/2022 | 99203 | $475.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 5/3/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 5/10/2022 | 95999 | $3,495.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 5/10/2022 | 99199 | $495.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 6/7/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 8/2/2022 | 99213 | $375.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 8/31/2022 | 99422 | $150.00 |
| Excel Medical Group, PLC | 0653190413 | D.T. | 9/29/2022 | 99213 | $375.00 |