# EXHIBIT 7

Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment Billed to Allstate

| Defendant | Claim Number | Patient Initials | Date of Service | CPT Code Billed | Total Billed |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0592475669 | E.A. | 8/30/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0592475669 | E.A. | 8/30/2021 | 99204 | $959.00 |
| AS Medical Group, PLC | 0592475669 | E.A. | 8/30/2021 | J8499 | $1,510.00 |
| AS Medical Group, PLC | 0592475669 | E.A. | 10/7/2021 | 99214 | $625.00 |
| AS Medical Group, PLC | 0592475669 | E.A. | 10/7/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0592475669 | E.A. | 10/7/2021 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0592475669 | E.A. | 10/7/2021 | J8499 | $1,615.48 |
| AS Medical Group, PLC | 0592475669 | E.A. | 10/7/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 12/11/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 1/11/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 1/11/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 2/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 3/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 4/16/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 5/17/2021 | 76140 | $150.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 5/17/2021 | J8499 | $173.04 |
| AS Medical Group, PLC | 0572792554 | A.A. | 5/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 6/18/2021 | Medication | $16.56 |
| AS Medical Group, PLC | 0572792554 | A.A. | 6/18/2021 | Medication | $163.22 |
| AS Medical Group, PLC | 0572792554 | A.A. | 6/18/2021 | J8499 | $179.78 |
| AS Medical Group, PLC | 0572792554 | A.A. | 6/18/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 7/19/2021 | J8499 | $72.96 |
| AS Medical Group, PLC | 0572792554 | A.A. | 7/19/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 8/20/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 10/11/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 11/15/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.A. | 12/20/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 4/26/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 4/26/2022 | 97799 | $200.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 4/26/2022 | 99203 | $627.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 4/26/2022 | E0730 | $695.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 4/26/2022 | A4595 | $852.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 5/11/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 5/11/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 5/27/2022 | 99441 | $175.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 6/27/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 7/5/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 7/5/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 7/12/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 7/12/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0571268069 | C.B. | 7/26/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 12/18/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 12/18/2020 | 99204 | $959.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 12/18/2020 | L0631 | $1,400.00 |

Case 4:23-cv-10904-FKB-DRG   ECF No. 1-8, PageID.169   Filed 04/19/23   Page 3 of 8
Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.
Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment at Issue

| AS Medical Group, PLC | 0549042489 | G.C. | 1/8/2021 | 80305 | $200.00 |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0549042489 | G.C. | 1/8/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 1/18/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 1/18/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 2/26/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 4/15/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 4/15/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 4/15/2021 | A9150 | $1,738.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 4/15/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 4/29/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 4/29/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/4/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/4/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/14/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/14/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/14/2021 | J8499 | $1,884.26 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/14/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/19/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/19/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/26/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 5/26/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 6/2/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 6/2/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 6/8/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 6/8/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 6/14/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 6/14/2021 | J8499 | $1,884.26 |
| AS Medical Group, PLC | 0549042489 | G.C. | 7/12/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 7/12/2021 | J8499 | $1,795.74 |
| AS Medical Group, PLC | 0549042489 | G.C. | 7/28/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 7/28/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/4/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/4/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/10/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/10/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/16/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/16/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/16/2021 | J8499 | $1,795.74 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/16/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/19/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 8/19/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 9/17/2021 | J8499 | $57.74 |
| AS Medical Group, PLC | 0549042489 | G.C. | 9/17/2021 | 99214 | $625.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 10/1/2021 | J3490 | $2.60 |
| AS Medical Group, PLC | 0549042489 | G.C. | 10/1/2021 | J2930 | $40.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 10/1/2021 | Q9966 | $100.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 10/1/2021 | A4550 | $276.00 |

Case 4:23-cv-10904-FKB-DRG   ECF No. 1-8, PageID.170   Filed 04/19/23   Page 4 of 8
Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.
Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0549042489 | G.C. | 10/1/2021 | 62323 | $4,630.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 10/18/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 11/15/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 12/15/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0549042489 | G.C. | 12/15/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0680516002 | H.C. | 11/25/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0680516002 | H.C. | 11/25/2022 | 99203 | $627.00 |
| AS Medical Group, PLC | 0680516002 | H.C. | 11/25/2022 | E0730 | $695.00 |
| AS Medical Group, PLC | 0680516002 | H.C. | 11/25/2022 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0680516002 | H.C. | 12/22/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0616314027 | A.F. | 2/22/2021 | Medication | $93.52 |
| AS Medical Group, PLC | 0616314027 | A.F. | 2/22/2021 | Medication | $163.22 |
| AS Medical Group, PLC | 0616314027 | A.F. | 2/22/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0616314027 | A.F. | 2/22/2021 | 99204 | $959.00 |
| AS Medical Group, PLC | 0616314027 | A.F. | 2/22/2021 | Medication | $1,363.74 |
| AS Medical Group, PLC | 0616314027 | A.F. | 3/22/2021 | J8499 | $251.74 |
| AS Medical Group, PLC | 0616314027 | A.F. | 3/22/2021 | L3908 | $295.00 |
| AS Medical Group, PLC | 0616314027 | A.F. | 3/22/2021 | 99204 | $959.00 |
| AS Medical Group, PLC | 0616314027 | A.F. | 3/22/2021 | C9399 | $1,363.74 |
| AS Medical Group, PLC | 0688652833 | M.H. | 12/7/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0688652833 | M.H. | 12/7/2022 | 99203 | $627.00 |
| AS Medical Group, PLC | 0688652833 | M.H. | 12/7/2022 | E0730 | $695.00 |
| AS Medical Group, PLC | 0688652833 | M.H. | 12/7/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0688652833 | M.H. | 12/7/2022 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0688652833 | M.H. | 12/7/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 7/20/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 8/19/2020 | 76140 | $150.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 8/19/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/2/2020 | 76140 | $150.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/2/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | J2001 | $40.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | J3301 | $100.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | 97010 | $276.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | A4550 | $276.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | 99214 | $625.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | 64494 | $1,179.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | 64495 | $1,184.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 9/12/2020 | 64493 | $2,320.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 10/7/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 10/7/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 10/7/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 11/16/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 11/16/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 11/16/2020 | 99214 | $625.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 12/14/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 1/15/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0586730004 | G.H. | 1/15/2021 | 99213 | $420.00 |

Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0631210903 | D.H. | 5/26/2022 | 99203 | $627.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 7/6/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 7/29/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 10/23/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 10/23/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 10/23/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 11/23/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 11/23/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0565165461 | N.J. | 11/23/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 10/5/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 10/5/2022 | 99203 | $627.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 10/5/2022 | E0730 | $695.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 10/5/2022 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 10/5/2022 | MM043 | $2,922.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/2/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/2/2022 | E0730 | $695.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/2/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/2/2022 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/2/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/2/2022 | MM043 | $6,905.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/16/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/16/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/16/2022 | MM043 | $5,790.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/30/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/30/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/30/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/30/2022 | 95939 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 11/30/2022 | MM043 | $6,410.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/7/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/7/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/7/2022 | MM043 | $5,790.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/15/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/15/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/15/2022 | MM043 | $5,790.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/22/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/22/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/22/2022 | MM043 | $5,790.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/28/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/28/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/28/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/28/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 12/28/2022 | MM043 | $6,410.00 |
| AS Medical Group, PLC | 0686749318 | S.J. | 1/4/2023 | MM043 | $5,790.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 7/29/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 7/29/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 7/29/2020 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 8/26/2020 | 99213 | $420.00 |

Case 4:23-cv-10904-FKB-DRG ECF No. 1-8, PageID.172 Filed 04/19/23 Page 6 of 8
Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.
Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment at Issue

| AS Medical Group, PLC | 0565426995 | N.M. | 9/25/2020 | 99213 | $420.00 |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0565426995 | N.M. | 10/12/2020 | 72148 | $230.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 10/12/2020 | 72141 | $250.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 10/12/2020 | 73221 | $315.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 10/12/2020 | 73721 | $420.00 |
| AS Medical Group, PLC | 0565426995 | N.M. | 10/12/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0579014598 | M.M. | 10/26/2020 | 70551 | $230.00 |
| AS Medical Group, PLC | 0579014598 | M.M. | 10/26/2020 | 72148 | $230.00 |
| AS Medical Group, PLC | 0579014598 | M.M. | 10/26/2020 | 72141 | $250.00 |
| AS Medical Group, PLC | 0579014598 | M.M. | 10/26/2020 | 73221 | $315.00 |
| AS Medical Group, PLC | 0579014598 | M.M. | 10/26/2020 | 73721 | $420.00 |
| AS Medical Group, PLC | 0579014598 | M.M. | 10/26/2020 | 99204 | $959.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 6/30/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 6/30/2021 | A4595 | $852.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 6/30/2021 | 99204 | $959.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 7/16/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 8/2/2021 | J2001 | $40.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 8/2/2021 | J2930 | $40.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 8/2/2021 | Q9966 | $100.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 8/2/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0623386851 | C.M. | 8/2/2021 | 62323 | $4,630.00 |
| AS Medical Group, PLC | 0658868831 | S.N. | 4/5/2022 | 99203 | $627.00 |
| AS Medical Group, PLC | 0658868831 | S.N. | 5/9/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0563892900 | A.N. | 7/31/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 8/21/2020 | L3908 | $295.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 8/21/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 10/14/2020 | 99213 | $625.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 10/14/2020 | 99214 | $625.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 11/13/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 11/13/2020 | 72146 | $230.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 11/13/2020 | 72148 | $230.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 11/13/2020 | 72141 | $250.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 11/13/2020 | 73221 | $315.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 11/13/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 1/15/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 2/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 2/17/2021 | A9150 | $1,738.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 3/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 3/17/2021 | A9150 | $1,738.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 4/16/2021 | C9399 | $70.78 |
| AS Medical Group, PLC | 0597033695 | H.O. | 4/16/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 4/16/2021 | A9150 | $869.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 5/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0597033695 | H.O. | 5/17/2021 | J8499 | $1,808.78 |
| AS Medical Group, PLC | 0576919385 | R.O. | 7/31/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 8/31/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/30/2020 | 73721 | $210.00 |

Case 4:23-cv-10904-FKB-DRG   ECF No. 1-8, PageID.173   Filed 04/19/23   Page 7 of 8
Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.
Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0576919385 | R.O. | 9/30/2020 | 72141 | $250.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/30/2020 | 73221 | $315.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/30/2020 | 99213 | $625.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/30/2020 | 99214 | $625.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 10/30/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 10/30/2020 | 72148 | $230.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 10/30/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 10/30/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 1/22/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 8/27/2021 | 99214 | $625.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/27/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/27/2021 | 95199 | $1,195.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 9/27/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0576919385 | R.O. | 10/26/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572646289 | J.O. | 5/8/2020 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0658404330 | D.P. | 8/3/2022 | 80305 | $200.00 |
| AS Medical Group, PLC | 0658404330 | D.P. | 8/3/2022 | 99204 | $959.00 |
| AS Medical Group, PLC | 0658404330 | D.P. | 8/3/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0658404330 | D.P. | 8/3/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0581910429 | A.P. | 7/29/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0573711801 | J.P. | 8/21/2020 | 76140 | $150.00 |
| AS Medical Group, PLC | 0573711801 | J.P. | 8/21/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0572916970 | D.P. | 12/18/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 12/12/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 1/11/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 2/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 3/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 4/16/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 5/17/2021 | 76140 | $150.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 5/17/2021 | J8499 | $173.04 |
| AS Medical Group, PLC | 0572792554 | A.P. | 5/17/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 6/18/2021 | J8499 | $9.82 |
| AS Medical Group, PLC | 0572792554 | A.P. | 6/18/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 7/2/2021 | J3490 | $2.60 |
| AS Medical Group, PLC | 0572792554 | A.P. | 7/2/2021 | 20553 | $864.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 7/19/2021 | J8499 | $16.56 |
| AS Medical Group, PLC | 0572792554 | A.P. | 7/19/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 8/20/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 10/11/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 11/15/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572792554 | A.P. | 12/20/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0636118093 | H.S. | 9/21/2021 | 80305 | $200.00 |
| AS Medical Group, PLC | 0636118093 | H.S. | 9/21/2021 | 99203 | $959.00 |
| AS Medical Group, PLC | 0636118093 | H.S. | 9/21/2021 | 99204 | $959.00 |
| AS Medical Group, PLC | 0636118093 | H.S. | 9/21/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0636118093 | H.S. | 9/21/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0636118093 | H.S. | 10/21/2021 | 99213 | $420.00 |

Case 4:23-cv-10904-FKB-DRG ECF No. 1-8, PageID.174 Filed 04/19/23 Page 8 of 8
Allstate Insurance Company, et al. v. Lint Chiropractic PC, et al.
Exhibit 7 - AS Medical Group, PLC Chart of Patients and Treatment at Issue

| | | | | | |
|---|---|---|---|---|---|
| AS Medical Group, PLC | 0668385578 | S.S. | 8/12/2022 | 80365 | $200.00 |
| AS Medical Group, PLC | 0668385578 | S.S. | 8/12/2022 | 99204 | $959.00 |
| AS Medical Group, PLC | 0668385578 | S.S. | 8/12/2022 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0668385578 | S.S. | 8/12/2022 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0668385578 | S.S. | 9/12/2022 | 99213 | $420.00 |
| AS Medical Group, PLC | 0633400072 | L.S. | 7/8/2021 | 99204 | $959.00 |
| AS Medical Group, PLC | 0592002067 | J.T. | 7/10/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0592002067 | J.T. | 7/10/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0592002067 | J.T. | 7/10/2020 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0592002067 | J.T. | 8/10/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0592002067 | J.T. | 9/9/2020 | 76140 | $150.00 |
| AS Medical Group, PLC | 0592002067 | J.T. | 9/9/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0589076272 | M.T. | 7/20/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0589076272 | M.T. | 8/19/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0589076272 | M.T. | 9/12/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0589076272 | M.T. | 9/12/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0589076272 | M.T. | 9/12/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0572646289 | D.V. | 5/8/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0572646289 | D.V. | 5/8/2020 | L0631 | $1,400.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 7/31/2020 | 99203 | $627.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 8/31/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 10/23/2020 | 80305 | $200.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 10/23/2020 | 72148 | $230.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 10/23/2020 | 72141 | $250.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 10/23/2020 | S9088 | $250.00 |
| AS Medical Group, PLC | 0578105769 | R.Y. | 10/23/2020 | 99213 | $420.00 |
| AS Medical Group, PLC | 0647367721 | T.Y. | 11/8/2021 | 99203 | $627.00 |
| AS Medical Group, PLC | 0647367721 | T.Y. | 12/9/2021 | 99213 | $420.00 |
| AS Medical Group, PLC | 0647367721 | T.Y. | 12/9/2021 | 99199 | $1,195.00 |
| AS Medical Group, PLC | 0647367721 | T.Y. | 12/9/2021 | L0637 | $1,950.00 |
| AS Medical Group, PLC | 0647367721 | T.Y. | 12/9/2021 | 95999 | $4,595.00 |
| AS Medical Group, PLC | 0609763700 | C.Y. | 2/20/2021 | 99203 | $627.00 |