# EXHIBIT 8

**Allstate Insurance Company, et al. v. Lint Chiropractic, et al.**
**Exhibit 8**

| Claim No. | Patient Initials | Date | Sent By | Provider Name | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|---|
| 0549042489 | G.C. | 4/15/2021 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | HICF |
| 0592475669 | E.A. | 9/1/2021 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | HICF |
| 0576919385 | R.O. | 9/1/2020 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0579014598 | M.M. | 11/10/2020 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | Medical Record |
| 0576919385 | R.O. | 11/12/2020 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0579014598 | M.M. | 11/17/2020 | AS Medical Group PLC | AS Medical Group PLC | U.S. Mail | Allstate | HICF |
| 0579014598 | M.M. | 11/17/2020 | AS Medical Group PLC | AS Medical Group PLC | U.S. Mail | Allstate | HICF |
| 0579014598 | M.M. | 11/29/2020 | AS Medical Group PLC | AS Medical Group PLC | Interstate Wires | Allstate | HICF |
| 0579014598 | M.M. | 12/8/2020 | AS Medical Group PLC | Ali Shukr, M.D. | Interstate Wires | Allstate | Medical Record |
| 0576919385 | R.O. | 2/8/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0576919385 | R.O. | 2/9/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | Medical Record |
| 0549042489 | G.C. | 4/23/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0549042489 | G.C. | 5/18/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0592475669 | E.A. | 9/1/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0636118093 | H.S. | 9/21/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | Medical Record |
| 0592475669 | E.A. | 10/7/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | Medical Record |
| 0592475669 | E.A. | 10/11/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0592475669 | E.A. | 10/11/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0636118093 | H.S. | 10/21/2021 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | Medical Record |
| 0571268069 | C.B. | 4/29/2022 | AS Medical Group PLC | Ali Shukr, M.D. | U.S. Mail | Allstate | HICF |
| 0571268069 | C.B. | 5/11/2022 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | Medical Record |
| 0571268069 | C.B. | 6/1/2022 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | HICF |
| 0571268069 | C.B. | 6/27/2022 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | Medical Record |
| 0668385578 | S.S. | 8/15/2022 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | HICF |
| 0668385578 | S.S. | 9/16/2022 | AS Medical Group PLC | Mark Paul Kallaway, M.D. | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 12/8/2021 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | Medical Record |
| 0581378494 | J.Z. | 12/8/2021 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | Medical Record |
| 0641555024 | H.M. | 2/16/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | Interstate Wires | Allstate | Medical Record |
| 0644579252 | E.F. | 2/21/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | Interstate Wires | Allstate | HICF |
| 0644579252 | E.F. | 2/21/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | Interstate Wires | Allstate | HICF |
| 0626158497 | G.J. | 2/28/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | Medical Record |
| 0581378494 | J.Z. | 3/9/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 3/9/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0636678229 | J.W. | 3/23/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | Medical Record |
| 0634145262 | A.M. | 4/8/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | Medical Record |
| 0641555024 | H.M. | 4/21/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | Interstate Wires | Allstate | Medical Record |
| 0539794809 | H.H. | 5/14/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0539794809 | H.H. | 5/14/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0634145262 | A.M. | 5/14/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0636678229 | J.W. | 5/27/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0636678229 | J.W. | 5/27/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0626158497 | G.J. | 6/2/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 7/14/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0630377240 | D.J. | 8/17/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0630377240 | D.J. | 8/17/2022 | Diagnostic Chiropractice MI, PC | Robert B, Klass, D.C. | U.S. Mail | Allstate | HICF |
| 0633799217 | J.F. | 11/16/2021 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | Medical Record |
| 0569368137 | E.S. | 1/27/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | Medical Record |
| 0569368137 | E.S. | 2/9/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | Medical Record |
| 0569368137 | E.S. | 3/1/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | Medical Record |
| 0658195135 | R.H. | 5/23/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | Medical Record |
| 0658195135 | R.H. | 5/23/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | HICF |
| 0658195135 | R.H. | 5/23/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | HICF |
| 0658195135 | R.H. | 5/23/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | HICF |
| 0658195135 | R.H. | 5/23/2022 | DuraMed MI Inc. | Cory Borawski, D.C. | Interstate Wires | Allstate | HICF |
| 0653190413 | D.T. | 4/21/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | HICF |
| 0653190413 | D.T. | 5/5/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | HICF |
| 0653190413 | D.T. | 5/11/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | Medical Record |
| 0653190413 | D.T. | 5/16/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | HICF |
| 0666910690 | S.M. | 5/16/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | HICF |
| 0653190413 | D.T. | 5/19/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | Medical Record |
| 0666910690 | S.M. | 5/19/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | Medical Record |
| 0653190413 | D.T. | 6/8/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | HICF |
| 0653190413 | D.T. | 6/8/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | Medical Record |
| 0653190413 | D.T. | 9/7/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | Medical Record |
| 0653190413 | D.T. | 10/3/2022 | Excel Medical Group | Mark Paul Kallaway, M.D. | Interstate Wires | Allstate | HICF |
| 0604144402 | D.C. | 5/28/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0624780409 | C.D. | 6/2/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0624780409 | C.D. | 6/9/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0624780409 | C.D. | 7/15/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0624780409 | C.D. | 8/18/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0549042489 | G.C. | 10/4/2021 | LINT Chiropractic PC | Robert Super, D.C. | Interstate Wires | Allstate | Medical Record |
| 0626158497 | G.J. | 10/14/2021 | LINT Chiropractic PC | Robert Super, D.C. | Interstate Wires | Allstate | Medical Record |
| 0549042489 | G.C. | 10/19/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0624780409 | C.D. | 10/27/2021 | LINT Chiropractic PC | Robert Super, D.C. | Interstate Wires | Allstate | HICF |
| 0569368137 | E.S. | 11/18/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0626158497 | G.J. | 12/1/2021 | LINT Chiropractic PC | Robert Super, D.C. | Interstate Wires | Allstate | Medical Record |
| 0581378494 | J.Z. | 12/6/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0650293715 | J.W. | 12/9/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0581378494 | J.Z. | 12/15/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0650293715 | J.W. | 12/22/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 12/27/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0641555024 | H.M. | 12/27/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0641555024 | H.M. | 12/27/2021 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 1/3/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0633799217 | F.J. | 1/3/2022 | LINT Chiropractic PC | Candice A. Kayal | Interstate Wires | Allstate | Medical Record |
| 0549042489 | G.C. | 1/4/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0549042489 | G.C. | 1/12/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 1/25/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0650293715 | J.W. | 1/26/2022 | LINT Chiropractic PC | Cory Borawski, D.C. | U.S. Mail | Allstate | HICF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0636082166 | T.G. | 2/21/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0636082166 | T.G. | 2/25/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0626158497 | G.J. | 3/1/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0569368137 | E.S. | 3/2/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0626158497 | G.J. | 3/2/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0630377240 | D.J. | 3/15/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0630377240 | D.J. | 3/15/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0630377240 | D.J. | 3/15/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0630377240 | D.J. | 3/15/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0644579252 | E.F. | 3/15/2022 | LINT Chiropractic PC | Cory Borawski, D.C. | U.S. Mail | Allstate | HICF |
| 0569368137 | E.S. | 3/16/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0641555024 | P.S. | 3/16/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0641555024 | P.S. | 3/23/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0662098457 | J.W. | 4/6/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0662098457 | J.W. | 4/11/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | Medical Record |
| 0662098457 | J.W. | 4/29/2022 | LINT Chiropractic PC | Robert Super, D.C. | U.S. Mail | Allstate | HICF |
| 0619748709 | N.J. | 3/3/2022 | MI Medical Management LLC | Cecil Forbes, D.C. | U.S. Mail | Allstate | Medical Record |
| 0619748709 | N.J. | 4/5/2022 | MI Medical Management LLC | Cecil Forbes, D.C. | U.S. Mail | Allstate | Medical Record |
| 0619748709 | N.J. | 4/14/2022 | MI Medical Management LLC | Cecil Forbes, D.C. | U.S. Mail | Allstate | HICF |
| 0619748709 | N.J. | 4/28/2022 | MI Medical Management LLC | Cecil Forbes, D.C. | U.S. Mail | Allstate | HICF |
| 0619748709 | N.J. | 4/30/2022 | MI Medical Management LLC | Cecil Forbes, D.C. | U.S. Mail | Allstate | HICF |
| 0641555024 | P.S. | 4/16/2021 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0581378494 | J.Z. | 12/1/2021 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0650702392 | H.L. | 12/7/2021 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0636678229 | J.W. | 12/8/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | Interstate Wires | Allstate | HICF |
| 0636678229 | J.W. | 12/8/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | Interstate Wires | Allstate | HICF |
| 0636678229 | J.W. | 12/13/2021 | Supplies Plus MI, LLC | Cory Borawski, D.C. | Interstate Wires | Allstate | Medical Record |
| 0644579252 | E.F. | 12/13/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | Interstate Wires | Allstate | HICF |
| 0644579252 | E.F. | 12/13/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | Interstate Wires | Allstate | Medical Record |
| 0641555024 | P.S. | 12/14/2021 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0581378494 | J.Z. | 12/29/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 12/29/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0581378494 | J.Z. | 12/29/2021 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0650702392 | H.L. | 1/14/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0650702392 | H.L. | 1/14/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0650702392 | H.L. | 1/14/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0650702392 | H.L. | 1/14/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0650702392 | H.L. | 1/14/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0626158497 | G.J. | 2/22/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | Medical Record |
| 0657296165 | I.A. | 3/8/2022 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0641555024 | P.S. | 3/8/2022 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0641555024 | P.S. | 3/9/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0626158497 | G.J. | 3/29/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0657296165 | I.A. | 4/7/2022 | Supplies Plus MI, LLC | Cory Borawski, D.C. | U.S. Mail | Allstate | Medical Record |
| 0657296165 | I.A. | 4/28/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0657296165 | I.A. | 4/28/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0657296165 | I.A. | 7/7/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |

**Allstate Insurance Company, et al. v. Lint Chiropractic, et al.**
**Exhibit 8**

| 0666910690 | S.M. | 7/7/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0666910690 | S.M. | 7/7/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0666910690 | S.M. | 7/7/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0666910690 | S.M. | 7/7/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0666910690 | S.M. | 7/7/2022 | Supplies Plus MI, LLC | Supplies Plus MI, LLC | U.S. Mail | Allstate | HICF |
| 0666910690 | S.M. | 7/8/2022 | Supplies Plus MI, LLC | Candice A. Kayal | Interstate Wires | Allstate | Medical Record |