# Summons and Complaint Return of Service

Case No. 23-10904
Hon. Shalina D. Kumar

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Duramed MI, LLC
was received by me on *(date)* 4/26/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Collette Jenkins, Secretary for Keith Soltis, who is designated by law to accept service of process on behalf of *(name of organization)* Duramed, MI LLC @ 36700 Woodward Ave. Suite 202, Bloomfield Hills, MI (office of Kotz, Sangster, Wysocki) on *(date)* 5/1/2023 @ 8:30 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

DAVID CURRY / INVESTIGATOR
Printed name and title

2085 E. W. Maple, Suite A101, Commerce, MI 48390
Server's address

Additional information regarding attempted service, etc:
Per Collette Jenkins, Keith Soltis was at the office but on the phone in a meeting

Phyllis M Wood
Notary Public of Michigan
Wayne County
Expires 12/03/2025
Acting in the County of Oakland

Subscribed and sworn to before me on 5/1/2023
Oakland County, Michigan
My commission expires: 12/03/2025
Signature: Phyllis M. Wood
Notary Public, State of Michigan, County of Wayne