UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY;  and ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br>                  Plaintiffs,<br><br>v.<br><br>LINT CHIROPRACTIC P.C.; MI MEDICAL MANAGEMENT, LLC; DURAMED MI, LLC, SUPPLIES PLUS MI, LLC; DIAGNOSTIC CHIROPRACTIC MI, P.C.; EXCEL MEDICAL GROUP, PLC; AS MEDICAL GROUP, PLC; and ROBERT SUPER, D.C.<br><br>                  Defendants. | Case No. 4:23-cv-10904-FKB-DRG<br><br>Hon. F. Kay Behm<br>Mag. Judge David R. Grand |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nathan J. Fink of Fink Bressack hereby enters an appearance as counsel for Defendants Lint Chiropractic, P.C., Robert Super, D.C., MI Medical Management, LLC, Diagnostic Chiropractic MI, P.C., and Supplies Plus MI, LLC.

| | |
|---|---|
| Dated: May 9, 2023 | Respectfully submitted,<br><br>**FINK BRESSACK**<br><br>By:   /s/ Nathan J. Fink<br>David H. Fink (P28235)<br>Nathan J. Fink (P75185)<br>*Attorneys for Defendants Lint Chiropractic, P.C., Robert Super, D.C., MI Medical Management, LLC, Diagnostic Chiropractic MI, P.C., and Supplies Plus MI, LLC*<br>38500 Woodward Ave., Ste. 350<br>Bloomfield Hills, MI 48304<br>Tel: (248) 971-2500<br>dfink@finkbressack.com<br>nfink@finkbressack.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

Respectfully submitted,

**FINK BRESSACK**

By: /s/ Nathan J. Fink
Nathan J. Fink (P75185)
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
mschut@finkbressack.com