UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE
COMPANY et al.,

      Plaintiffs,

v.

AS MEDICAL GROUP PLC et al.,

      Defendants.
_____/

Case No. 2:23-cv-10904

Honorable Susan K. DeClercq
United States District Judge

## ORDER DENYING AS MOOT PLAINTIFFS' DISCOVERY MOTIONS
### (ECF Nos. 89; 106)

In January and February 2025, Plaintiffs Allstate Insurance and its affiliates filed two motions relating to discovery disputes with Defendants AS Medical Group, PLC ("AS Medical"), Comprehensive Pain Management of Michigan, LLC (CPMM), and Ali Shukr. *See* ECF Nos. 89; 106.

After two hearings on the motion in May 2025, *see* ECF Nos. 122; 128, and two stipulated orders from the parties outlining a process to resolve this discovery dispute, *See* ECF Nos. 128; 133, the underlying motions are now moot and will be dismissed as such. However, if more discrete disputes arise in the process of resolving the broader disputes underlying the original motions, ECF Nos. 89; 106, the parties may bring those discrete disputes to the Court's attention by contacting the undersigned's case manager to schedule a status conference regarding discovery.

Accordingly, it is **ORDERED** that Plaintiffs' Motion for Sanctions Against Defendant AS Medical Group, ECF No. 89, is **DENIED AS MOOT**.

Further, it is **ORDERED** that Plaintiffs' Motion to Compel, ECF No. 106, is **DENIED AS MOOT**.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: May 30, 2025